Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:    cgianelloni@swlaw.com
          cogata@swlaw.com

*Attorneys for Defendant Maestro
Integrations, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN FIRE WIRE, INC., a domestic corporation,<br><br>Plaintiff<br><br>v.<br><br>MAESTRO INTEGRATIONS, LLC, a foreign corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.  3:24-cv-00517-MMD-CSD<br><br>**Order Granting Stipulation and Proposed Order Extending Deadline to File Reply in Support of Motion to Dismiss**<br><br>**First Request** |

Plaintiff American Fire Wire, Inc. and specially appearing defendant Maestro Integrations, LLC, stipulate to extend Maestro's deadline to file its reply in support of its motion to dismiss by one week:

1.      Specially appearing defendant Maestro filed its motion to dismiss for lack of personal jurisdiction on January 6, 2025. In its response, Plaintiff seeks limited jurisdictional discovery in resolving the motion.

2.      The parties are currently discussing a potential agreement to conduct limited jurisdictional discovery. In doing so, Maestro seeks one additional week to file its reply in support of its motion as the parties negotiate a proposed agreement.

3.      The parties agree to the extension sought and file this stipulation in good faith and not for the purpose of delay.

4.   Thus, the parties respectfully request that this Court extend Maestro's deadline to file its reply in support of its motion to February 4, 2025.

IT IS SO STIPULATED.

DATED: January 28, 2025.                          DATED: January 28, 2025

SNELL & WILMER L.L.P.                          LAXALT LAW GROUP, LTD.


By: */s/ Christian Ogata*                          By: */s/ Sean Lancaster*
    Charles E. Gianelloni (NV Bar No.              Jason W. Peak (NV Bar No. 7131)
    12747)                                        Sean H. Lancaster (NV Bar No. 16420)
    Christian P. Ogata (NV Bar No. 15612)         9790 Gateway Drive, Ste. 200
    1700 S. Pavilion Center Drive, Suite 700      Reno, Nevada 89521
    Las Vegas, Nevada 89135
                                                  *Attorneys for Plaintiff American Fire Wire,*
*Attorneys for Defendant Maestro*                  *Inc.*
*Integrations, LLC*


## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Specially appearing defendant Maestro Integrations, LLC's reply in support of its motion to dismiss is due February 4, 2025.

DATED this 5th day of February 2025.   _____

UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200