```
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
Christian P. Ogata, Esq.
Nevada Bar No. 15612
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   cgianelloni@swlaw.com
         cogata@swlaw.com
```

*Attorneys for Defendant Maestro Integrations, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN FIRE WIRE, INC., a domestic corporation,<br><br>Plaintiff<br><br>v.<br><br>MAESTRO INTEGRATIONS, LLC, a foreign corporation; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 3:24-cv-00517-MMD-CSD<br><br>**Order Granting Stipulation and Proposed Order Extending Deadline to File Reply in Support of Motion to Dismiss**<br><br>**Second Request** |

Plaintiff American Fire Wire, Inc. and specially appearing defendant Maestro Integrations, LLC, stipulate to extend Maestro's deadline to file its reply in support of its motion to dismiss by one week:

1. Specially appearing defendant Maestro filed its motion to dismiss for lack of personal jurisdiction on January 6, 2025. In its response, Plaintiff seeks limited jurisdictional discovery in resolving the motion.

2. The parties have agreed in principle to conduct limited jurisdictional discovery and are resolving disputes related to the same to propose to this Court. Because the parties anticipate that supplemental briefing may be necessary following jurisdictional discovery and before Maestro's reply is due, Maestro now seeks an additional week to file its reply in support of its motion as the parties negotiate a proposed agreement for the Court's review.

4937-7280-0279

3. This is the second request for an extension of time.

4. The parties agree to the extension sought and file this stipulation in good faith and not for the purpose of delay.

5. Thus, the parties respectfully request that this Court extend Maestro's deadline to file its reply in support of its motion to February 11, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: February 4, 2025. | DATED: February 4, 2025 |
| SNELL & WILMER L.L.P. | LAXALT LAW GROUP, LTD. |
| By: */s/ Christian Ogata* <br> Charles E. Gianelloni (NV Bar No. 12747) <br> Christian P. Ogata (NV Bar No. 15612) <br> 1700 S. Pavilion Center Drive, Suite 700 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Defendant Maestro Integrations, LLC* | By: */s/ Sean H. Lancaster* <br> Jason W. Peak (NV Bar No. 7131) <br> Sean H. Lancaster (NV Bar No. 16420) <br> 9790 Gateway Drive, Ste. 200 <br> Reno, Nevada 89521 <br> *Attorneys for Plaintiff American Fire Wire, Inc.* |

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Specially appearing defendant Maestro Integrations, LLC's reply in support of its motion to dismiss is due February 11, 2025.

DATED this 5th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE

4937-7280-0279