Johnathon Fayeghi, Esq. (NBN 12736)
David B. Barney, Esq. (NBN 14681)
Joseph P. Waldman, Esq. (NBN 17010)
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile:  (702) 360-0000
Email: jfayeghi@sklar-law.com
        dbarney@sklar-law.com
        jwaldman@sklar-law.com
*Attorneys for Plaintiff/Counter-Defendant*
*American Fire Wire and Third-Party Defendant*
*DAS Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN FIRE WIRE, INC., a domestic corporation<br><br>     Plaintiff,<br><br>v.<br><br>MAESTRO INTEGRATIONS, LLC, a foreign corporation; and DOES 1 through 10, inclusive.<br><br>     Defendants. | Case No.: 3:24-cv-00517-MMD-CSD<br><br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| MAESTRO INTEGRATIONS, LLC, a foreign limited liability company; and DOES 1 through 10, inclusive,<br><br>     Counterclaimant,<br><br>v.<br><br>AMERICAN FIRE WIRE, INC., a domestic corporation;<br><br>     Counter-Defendants. | |
| MAESTRO INTEGRATIONS, LLC, a foreign limited liability company,<br><br>     Third-Party Plaintiff<br><br>v.<br><br>DAS SOLUTIONS, LLC, a domestic limited-liability company,<br><br>     Third-Party Defendant | |

1

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and District of Nevada Civil Local Rule 15-1, the parties, Plaintiff/Counter-Defendant American Fire Wire, Inc. ("Plaintiff"), Defendant/Counterclaimant/Third-Party Plaintiff Maestro Integrations, LLC ("Defendant"), and Third-Party Defendant DAS Solutions, Inc., (wrongly identified as DAS Solutions, LLC) (hereinafter "Third-Party Defendant") by and through their respective counsels of record, hereby stipulate as follows:

1.     Plaintiff American Fire Wire, Inc., filed its initial Complaint on December 11, 2024.

2.     On December 4, 2025, this Court signed an Order providing that the date to amend pleadings is February 17, 2026. Therefore, this stipulation is timely.

3.     Plaintiff has requested that Defendants allow them to amend their Complaint under Fed. R. Civ. P. 15(a)(2).

4.     Defendant has agreed to allow Plaintiff to amend their Complaint, and a copy of the agreed upon First Amended Complaint ("FAC") is attached hereto as Exhibit 1.

5.     Following this Court's approval and signature below, Plaintiff shall separately file the FAC and it shall be deemed effective and served upon filing.

///
///
///
///
///
///
///
///
///
///
///
///

6. This stipulation is made in good faith and not for the purpose of undue delay or burden.

**IT IS SO STIPULATED.**

DATED this 17th day of February, 2026.      DATED this 17th day of February, 2026.

**SKLAR WILLIAMS PLLC**      **SNELL & WILMER LLP**

By: */s/ Joseph P. Waldman*      By:*/s/ Christian P. Ogata*
Johnathon Fayeghi, Esq. (NBN 12736)      Charles E. Gianelloni, Esq. (NBN 12747)
David B. Barney, Esq. (NBN 14681)      Christian P. Ogata, Esq. (NBN 15612)
Joseph P. Waldman, Esq. (NBN 17010)      1700 South Pavilion Center Drive, Ste. 700
410 South Rampart Boulevard, Suite 350      Las Vegas, Nevada 89135
Las Vegas, Nevada 89145
*Attorneys for Plaintiff/Counter-*      *Attorneys for Defendant/Counterclaimant*
*Defendant American Fire Wire and*      *Maestro Integrations, LLC*
*Third-Party Defendant DAS Solutions,*
*Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 18, 2026

CASE NO.:  3:24-cv-00517-MMD-CSD

3